UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| LINDA HOLLON | : | Case No.:   1:11-cv-480 |
| Plaintiff, | : | Judge S. Arthur Spiegel |
| v. | : | Magistrate Judge Stephanie K. Bowman |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | : | |
| Defendant. | : | |

**AGREED ORDER EXTENDING TIME FOR DISCLOSURE OF EXPERT WITNESSES AND SUBMISSION OF EXPERT REPORTS**

Counsel for the parties have agreed to extend the time within which they may identify experts in this action. Accordingly, the Calendar Order (Doc. 15) is amended to read as follows:

2. Deadline for disclosure of expert witnesses and submission of expert reports:
   Plaintiff disclosure and report of experts:     **September 4, 2012**
   Defendant disclosure and report of expert:     **October 4, 2012**
   Disclosure and report of rebuttal experts:     **November 5, 2012**

The other dates set forth in the Calendar Order continue in force, and are unaffected by this Agreed Order.

**IT IS SO ORDERED.**

_____
Stephanie K. Bowman
United States Magistrate Judge

| | |
|---|---|
| /s/ Christopher D. Byers | /s/ David E. Williamson |
| Christopher D. Byers | David E. Williamson  (0071270) |
| GREGORY S. YOUNG CO., LPA | LINDHORST & DREIDAME |
| 600 Vine Street, Suite 402 | 312 Walnut Street, Suite 3100 |
| Cincinnati, OH  45202 | Cincinnati, OH  45202 |
| cbyers@younginjurylaw.com | (513) 421-6630:  phone |
| *Attorney for Plaintiffs* | (513) 421-0212:  fax |
| | dwilliamson@lindhorstlaw.com |
| | *Attorneys for Defendant, State Farm Mutual Automobile Insurance Company* |